# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE AUSTIN,<br><br>       Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC and CACH, LLC,<br><br>       Defendant. | Case No. 1:21-00170-CRK<br><br>LITIGATION ORDER |

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    Plaintiff must serve this Order on all parties who have not entered an appearance via PACER to date.

2.    Pursuant to Dist. Idaho L. Rule 4.1.1[1], the Plaintiff must file with the Court a status report regarding service of the summons and complaint within thirty days of the filing of the Complaint.  Plaintiff shall file a status report as soon as practicable.  Alternatively, Plaintiff may file proof of service in lieu of the status report otherwise required.

3.    Pursuant to Dist. Idaho L. Rule 16.1, the parties must meet and determine:

A.    A litigation plan and a discovery plan, including the issues related to discovery of electronically stored information, if either party contemplates such

---

[1] The Court's local rules may be found at the following URL address: http://id.uscourts.gov/clerks/rules_orders/Civil_Local_Rules.cfm.

**LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE - 1**

1:21-00170-CRK

discovery. The Court's litigation plan form and the discovery plan form may be found on the District Court's website, www.id.uscourts.gov, under Forms.[2]

      B.      If the case is suitable for the Court's alternative dispute resolution (ADR) program, which type of ADR process is best suited to the specific circumstances of the case, and when the most appropriate time would be for the ADR session to be held. Dist. Idaho L. Rule 16.4.

      4.      Initial disclosures must be made by the parties pursuant to Federal Rule of Civil Procedure 26.1 and Dist. Idaho L. Rule 16.1.

      5.      If this matter is assigned to a magistrate judge, Counsel must review and be familiar with Dist. Idaho L. Rule 73.1 regarding the consent process for proceeding before a magistrate judge. Additional Information about the consent process may be found on the Court's website.[3]

      6.      On or before **July 22, 2021**, the parties must file with the Court the joint Litigation Plan and Discovery Plan.

      7.      Unless the Plaintiff contacts Case Manager Steve Taronji (Steve_Taronji@cit.uscourts.gov), and requests a different date and time, the Court will conduct a Telephonic Scheduling Conference on **July 29, 2021**, at **9:00 AM mountain time**, for purpose of confirming the deadlines proposed by the parties in the joint Litigation Plan.

---

[2] The URL address to access the Court's forms may be found here: http://id.uscourts.gov/district/forms_fees_rules/Civil_Forms.cfm

3 Information about the consent process may be found at the following URL address: http://www.id.uscourts.gov/district/judges/Magistrate_Judge_Consent.cfm

**LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE - 2**

1:21-00170-CRK

8. All parties shall use the Court's AT&T teleconferencing line to connect to this hearing by dialing: 877-336-1274 (Access Code: 8168016).

|  |  |
|---|---|
| Dated:   June 21, 2021 | /s/ Claire R. Kelly<br>Claire R. Kelly, Judge* |

---

* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.

**LITIGATION ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE - 3**