W. Christopher Pooser, ISB No. 5525
christopher.pooser@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Attorneys for Defendant Experian Information
   Solutions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| DALE AUSTIN,<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CACH, LLC<br><br>  Defendants. | Case No.  1:21-cv-00170-CRK<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
|---|---|

      W. Christopher Pooser of Stoel Rives LLP, 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702, hereby gives notice that he is counsel for Defendant Experian Information Solutions, Inc. Please direct notice of all hearings, pleadings, and other papers in this matter to the undersigned at the address listed above.

      DATED:  June 29, 2021.

      STOEL RIVES LLP

      */s/ W. Christopher Pooser*
      W. Christopher Pooser

      Attorneys for Defendant Experian Information
         Solutions, Inc.

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 29th day of June, 2021, I filed the foregoing **NOTICE OF APPEARANCE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** electronically through the CM/ECF system, which caused the following to be served by electronic means:

Barkley B. Smith
Barkley Smith Law, PLLC
206 W. Jefferson St.
Boise, ID 83702
*barkley@barkleysmithlaw.com*

               */s/ W. Christopher Pooser*
               W. Christopher Pooser