5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE AUSTIN,<br>　　　　　Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC. and CACH, LLC,<br>　　　　　Defendants. | Case No. 1:21-cv-00170-CRK<br><br>APPLICATION FOR ADMISSION<br>PRO HAC VICE<br><br>Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Sean Yi, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Defendant Experian Information Solutions, Inc.

The applicant hereby attests as follows:

1. Applicant resides in San Diego, California, and practices at the following address and phone number Jones Day, 4655 Executive Dr., Suite 1500, San Diego, CA 92121, Tel. (858) 314-1183

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| New York State Bar (No. 5592191) | 5/2/2018 |
| California Bar (No. 334772) | 1/16/2021 |
| U.S. District Court for the Southern District of California | 3/16/2021 |
| (See page 2) | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. W. Christopher Pooser, a member in good standing of the bar of this court, of the firm of Stoel Rives, LLP, practices at the following office address and phone number: 101 S. Capitol Blvd., Suite 1900, Boise, ID 83702, Tel. (208) 387-4289

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 29th day of June, 2021.

_____[signature]_____　　　　　　　　　　　/s/ W. Christopher Pooser
Applicant　　　　　　　　　　　　　　　　　　　Designee

Signed under penalty of perjury.

-2-

Continued Answer to Question No. 2:

| Courts: | Dates: |
|---|---|
| United States District Court for the District of Colorado | 6/3/2020 |
| United States District Court for the Southern District of New York | 2/19/2019 |
| United States District Court for the Eastern District of New York | 2/27/2019 |