W. Christopher Pooser, ISB No. 5525
christopher.pooser@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Attorneys for Defendant Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE AUSTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CACH, LLC,<br><br>　　　　Defendants. | Case No. 1:21-cv-00170-CRK<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

　　　　1.　　Parent Companies: The ultimate parent company of Experian is Experian plc.

　　　　2.　　Subsidiaries Not Wholly Owned: The following companies are the U.S.-based subsidiaries of Experian plc that are not wholly owned:

　　　　　　　(a)　　Central Source LLC

　　　　　　　(b)　　Online Data Exchange LLC

　　　　　　　(c)　　New Management Services LLC

DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT - 1

111448149.1 0099999-00006

      (d)    VantageScore Solutions LLC

      (e)    Opt-Out Services LLC

3.    Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands and is publicly traded on the London Stock Exchange

DATED: June 29, 2021.

STOEL RIVES LLP

*/s/ W. Christopher Pooser*
W. Christopher Pooser, Esq.

Attorneys for Defendant Experian Information Solutions, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of June, 2021, I filed the foregoing **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT** electronically through the CM/ECF system, which caused the following to be served by electronic means:

Barkley B. Smith
Barkley Smith Law, PLLC
206 W. Jefferson St.
Boise, ID 83702
*barkley@barkleysmithlaw.com*

                                          */s/ W. Christopher Pooser*
                                          W. Christopher Pooser