W. Christopher Pooser, ISB No. 5525
christopher.pooser@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Attorneys for Defendant Experian Information
 Solutions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE AUSTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CACH, LLC,<br><br>　　　　Defendants. | Case No. 1:21-cv-00170-CRK<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE ANSWER OR RESPONSIVE PLEADING** |

Defendant Experian Information Solutions, Inc., ("Experian") respectfully requests an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint until July 22, 2021.  Experian and Plaintiff stipulate and agree to this new deadline.

Experian was served with the Complaint on June 10, 2021.  The current deadline for Experian to respond to the Complaint is July 1, 2021.  Experian and Plaintiff stipulate and agree to extend the deadline for Experian to answer, move, or otherwise respond to the Complaint by 21 days until July 22, 2021.  Experian seeks this extension in order to have sufficient time to

STIPULATED MOTION FOR EXTENSION OF TIME FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE ANSWER OR RESPONSIVE PLEADING - 1

111456090.1 0099999-00006

collect and review documents related to the allegations in the Complaint. This is the first request for an extension by Experian.

    WHEREFORE, Experian hereby moves for a Court Order setting a date of July 22, 2021, for Experian to answer, move, or otherwise respond to the Complaint.

DATED: June 29, 2021.

    STOEL RIVES LLP

    /s/ *W. Christopher Pooser*
    W. Christopher Pooser, Esq.
    Stoel Rives LLP
    101 S. Capitol Boulevard, Suite 1900
    Boise, ID 83702
    Telephone: (208) 389-9000
    Email: christopher.pooser@stoel.com

    *Counsel for Defendant*
    *Experian Information Solutions, Inc.*

    BARKLEY SMITH LAW, PLLC

    /s/ *Barkley B. Smith*
    Barkley B. Smith, Esq.
    Barkley Smith Law, PLLC
    206 Jefferson St.
    Boise, ID 83702
    Telephone: (208) 481-4812
    Email: barkley@barkleysmithlaw.com

    *Counsel for Plaintiff Dale Austin*

STIPULATED MOTION FOR EXTENSION OF TIME FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE ANSWER OR RESPONSIVE PLEADING - 2

111456090.1 0099999-00006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of June, 2021, I filed the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE ANSWER OR RESPONSIVE PLEADING** electronically through the CM/ECF system, which caused the following to be served by electronic means:

Barkley B. Smith
Barkley Smith Law, PLLC
206 W. Jefferson St.
Boise, ID  83702
*barkley@barkleysmithlaw.com*

        */s/ W. Christopher Pooser*
        W. Christopher Pooser