# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **DALE AUSTIN,**<br><br>　　Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC and CACH, LLC,**<br><br>　　Defendant. | Case No. 1:21-00170-CRK<br><br>ORDER |

Upon consideration of the Defendant Experian Information Solutions, Inc.'s ("Experian") Stipulated Motion for Extension of Time for [Experian] to File Answer or Responsive Pleading, ECF No. 8, no party having objected, and upon due deliberation and the Court having found good cause, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the deadline for Experian to answer, move, or otherwise respond to Plaintiff's complaint is extended until and including July 22, 2021.

　　　　　　　　　　　　　　　　　　　　/s/ Claire R. Kelly
　　　　　　　　　　　　　　　　　　　　Claire R. Kelly, Judge[*]

Dated:　　June 29, 2021

---

[*] Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.

**ORDER - 1**