Dane Bolinger, ISB No. 9104
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5936
Email: dbolinger@hawleytroxell.com
         bwilson@hawleytroxell.com

Attorneys for Defendant CACH, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| DALE AUSTIN,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CACH, LLC,<br><br>        Defendants. | Case No. 1:21-cv-170-CRK<br><br>NOTICE OF APPEARANCE |

   COMES NOW Defendant CASH, LLC, by and through undersigned counsel, Hawley

Troxell Ennis & Hawley LLP, and pursuant to Local Rule 83.6(a)(a), and hereby gives notice of

appearance in and intent to defend against said cause and controversy by said firm, and request

that documents and pleadings filed herein be duly and regularly served upon the undersigned via

ECF at the following email addresses:

   Dane A. Bolinger, dbolinger@hawleytroxell.com

   Brent R. Wilson, bwilson@hawleytroxell.com

NOTICE OF APPEARANCE - 1

The Defendant hereby specifically reserves all defenses as to lack of jurisdiction over the subject matter, lack of jurisdiction over the person, improper venue, insufficiency of process, insufficiency of service of process, failure to state a claim upon which relief can be granted, failure to join an indispensable party and any other defense available to said Defendant.

DATED THIS <u>30th</u> day of June, 2021.

                              HAWLEY TROXELL ENNIS & HAWLEY LLP

                              By <u>/s/ Brent R. Wilson</u> _____
                                  Brent R. Wilson, ISB No. 8936
                                  Attorneys for Defendant CACH, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2021, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Barkley B. Smith<br>Barkley Smith Law, PLLC | barkley@barkleysmithlaw.com |
| Sean Yi<br>Jones Day | syi@jonesday.com |
| William C. Pooser<br>STOEL RIVES | Christopher.pooser@stoel.com |

/s/ Brent R. Wilson
Brent R. Wilson

NOTICE OF APPEARANCE - 3

59285.0001.13873641.1