Dane Bolinger, ISB No. 9104
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5936
Email: dbolinger@hawleytroxell.com
    bwilson@hawleytroxell.com

Attorneys for Defendant CACH, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| DALE AUSTIN,<br><br>  Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CACH, LLC,<br><br>  Defendants. | Case No. 1:21-cv-170-CRK<br><br>STIPULATED MOTION TO EXTEND TIME |

Defendant CACH, LLC ("Defendant") respectfully requests an extension of time until July 29, 2021, to answer, move, or otherwise respond to the Complaint of Plaintiff Dale Austin ("Plaintiff"). Defendant and Plaintiff stipulate and agree to this new deadline as follows:

Defendant was served with the Complaint on June 10, 2021 and Defendant's current deadline to respond to the Complaint is July 1, 2021. Plaintiff and Defendant stipulate and agree

to extend the deadline for Defendant to respond to the Complaint by twenty-eight (28) days, through and including July 29, 2021.

Defendant has recently retained counsel in connection with this matter, and seeks this extension in order to allow sufficient time for the investigation of Plaintiff's claims. This is Defendant's first request for an extension.

WHEREFORE, Defendant respectfully requests that the Court issue an Order extending Defendant's deadline to respond to the Complaint by twenty-eight (28) days, to July 29, 2021.

DATED THIS 30th day of June, 2021.

        HAWLEY TROXELL ENNIS & HAWLEY LLP

        By /s/ Brent R. Wilson
           Dane Bolinger
           Brent R. Wilson
           Attorneys for Defendant CACH, LLC

DATED THIS 30th day of June, 2021.

        BARKLEY SMITH LAW, PLLC

        By /s/ Barkley B. Smith
           Barkley B. Smith
           Attorneys for Plaintiff Dale Austin

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 30th day of June, 2021, I electronically filed the foregoing STIPULATED MOTION TO EXTEND TIME with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Barkley B. Smith<br>Barkley Smith Law, PLLC | barkley@barkleysmithlaw.com |
| Sean Yi<br>Jones Day | syi@jonesday.com |
| William C. Pooser<br>STOEL RIVES | Christopher.pooser@stoel.com |

      /s/ Brent R. Wilson
      Dane Bolinger
      Brent R. Wilson