Dane Bolinger, ISB No. 9104
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5936
Email: dbolinger@hawleytroxell.com
         bwilson@hawleytroxell.com

Attorneys for Defendant CACH, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| DALE AUSTIN,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CACH, LLC,<br><br>        Defendants. | Case No. 1:21-cv-170-CRK<br><br>CORPORATE DISCLOSURE STATEMENT |

This Corporate Disclosure Statement is filed on behalf of CACH, LLC, a foreign limited

liability company registered to do business in Idaho, in compliance with Rule 7.1 of the Federal

Rules of Civil Procedure.  Rule 7.1 requires a nongovernmental corporate party to an action in a

district court to file a statement that identifies any parent corporation and any publicly held

corporation that owns 10% or more of its stock.

CORPORATE DISCLOSURE STATEMENT - 1

Undersigned counsel of record for CACH, LLC, a foreign limited liability corporation registered to do business in Idaho, hereby declares as follows:

1. Parent Companies:  CACH, LLC, a foreign limited liability corporation registered to do business in Idaho, with its principal place of business in Las Vegas, Nevada, parent corporations are:  LVNV Funding, LLC and Sherman Originator, LLC.

2. Publically Held Companies:  No publically held company holds 10% or more of CACH, LLC's stock.

DATED THIS 30th day of June, 2021.

HAWLEY TROXELL ENNIS & HAWLEY LLP


By /s/ Brent R. Wilson _____
    Brent R. Wilson, ISB No. 8936
    Attorneys for Defendant CACH, LLC

CORPORATE DISCLOSURE STATEMENT - 2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 30th day of June, 2021, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Barkley B. Smith                                   barkley@barkleysmithlaw.com
Barkley Smith Law, PLLC

Sean Yi                                            syi@jonesday.com
Jones Day

William C. Pooser                                  Christopher.pooser@stoel.com
STOEL RIVES

/s/ Brent R. Wilson
Brent R. Wilson

CORPORATE DISCLOSURE STATEMENT - 3

59285.0001.13873702.1