Dane Bolinger, ISB No. 9104
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5936
Email: dbolinger@hawleytroxell.com
        bwilson@hawleytroxell.com

Attorneys for Defendant CACH, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| DALE AUSTIN,<br><br>             Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CACH, LLC,<br><br>             Defendants. | Case No. 1:21-cv-170-CRK<br><br>JOINT NOTICE OF SETTLEMENT |

Plaintiff Dale Austin ("**Plaintiff**"), by and through his undersigned counsel, and Defendant CACH, LLC ("**CACH**"), by and through its undersigned counsel, hereby notify the Court that they have reached an agreement to resolve Plaintiff's claims against CACH.  The parties are in the process of executing a settlement agreement on the terms to which they have agreed.

JOINT NOTICE OF SETTLEMENT - 1

Once the settlement agreement is executed, and pursuant to its terms, Plaintiff's claims against CACH will be dismissed with prejudice. While the parties are finalizing their agreement, the parties are in agreement that CACH need not participate in the Scheduling Conference hearing to be conducted in this case on July 29, 2021, and all other deadlines as to CACH are stayed.

DATED THIS 28th day of July, 2021.

                           HAWLEY TROXELL ENNIS & HAWLEY LLP

                           By /s/ Brent R. Wilson
                              Dane Bolinger
                              Brent R. Wilson
                              Attorneys for Defendant CACH, LLC

DATED THIS 28th day of July, 2021.

                           BARKLEY SMITH LAW, PLLC

                           By /s/ Barkley B. Smith
                              Barkley B. Smith
                              Attorneys for Plaintiff Dale Austin

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 28th day of July, 2021, I electronically filed the foregoing JOINT NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Barkley B. Smith<br>BARKLEY SMITH LAW, PLLC | barkley@barkleysmithlaw.com |
| Sean Yi<br>JONES DAY | syi@jonesday.com |
| William C. Pooser<br>STOEL RIVES | Christopher.pooser@stoel.com |

/s/ Brent R. Wilson
Brent R. Wilson

JOINT NOTICE OF SETTLEMENT - 3

59285.0001.13946328.1